UNITED STATES DISTRICT COURT
DISTRIST OF MINNESOTA

Cherne Industries, Inc.,

Plaintiff,

vs.

IPS Corporation and Buchen, Inc.,

Defendants.

Civil No. 01-2071DWF/SRN

**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**STIPULATION**

The undersigned parties hereby stipulate to allow IPS Corporation and Buchen, Inc. a second extension of time to answer or otherwise plead until April 19, 2002.

Dated: April 12, 2002

LINDQUIST & VENNUM P.L.L.P.

By [signature]
David A. Allgeyer, #12042x
Ann E. Kennedy, #21081x
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

**Attorneys for Plaintiff Cherne Industries, Inc.**

Dated: April 12, 2002

GREENE ESPEL PLLP

By [signature]
Jeanette M. Bazis, #255646
333 South Seventh Street, #1700
Minneapolis, Minnesota 55402
(612) 332-5300

**Attorneys for Defendants IPS Corporation and Buchen, Inc.**

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the above stipulation, the Court orders that Defendants IPS Corporation and Buchen, Inc.'s time to answer or otherwise plead in the above-entitled matter is extended until April 19, 2002.

Dated: April 15, 2002.

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States District Court Magistrate Judge

No further extensions will be granted