134495

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Clerk's Office, 708 Federal Building,**

**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:01-CV-2071 DWF/SRN **Case Title:** Cherne Industries, Inc.v. IPS Corporation and Buchen, Inc.

**Affidavit of Movant**

I, Jeanette M. Bazis, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael A. DiNardo, an attorney admitted to practice in the Central District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant IPS Corporation and Buchen, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature

255646 MN Attorney License #

4/19/02 Date

**Affidavit of Proposed Admittee**

I, Michael A. DiNardo, am currently a member in good standing of the U.S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Michael A. DiNardo
Type/Print Name

[signature]
Signature

April 15, 2002
Date

Attorney License Number: 216991

Law Firm Name & Address: Yanny & Smith
1925 Century Park East, #1260
Los Angeles, CA 90067

Telephone: (310) 551-2966

Motion Granted: [signature] MNC
For the Court: ~~Francis E. Dosal~~, Clerk

APR 2 2 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

APR 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK