UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cherne Industries, Inc., Plaintiff, vs. IPS Corporation and Buchen, Inc., Defendants. | Civil No. 01-~~2088 MJD~~ 2071 DWF/SRN **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

**STIPULATION**

The undersigned parties hereby stipulate to allow IPS Corporation and Buchen, Inc. an extension of time to answer or otherwise plead until April 15, 2002.

Dated: March 29, 2002

LINDQUIST & VENNUM P.L.L.P.

By Ann E. Kennedy
David A. Allgeyer, #12042x
Ann E. Kennedy, #21081x
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

**Attorneys for Plaintiff Cherne Industries, Inc.**

Dated: March 29, 2002

MERCHANT & GOULD P.C.

By Daniel W. McDonald
Daniel W. McDonald, #168580
90 South Seventh Street
Suite 3100
Minneapolis, Minnesota 55402
(612) 332-5300

**Attorneys for Defendants IPS Corporation and Buchen, Inc.**

FILED APR 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the above stipulation, the Court orders that Defendants IPS Corporation and Buchen, Inc.'s time to answer or otherwise plead in the above-entitled matter is extended until April 15, 2002.

Dated: April 2, 2002.

Susan Richard Nelson

The Honorable Susan Richard Nelson
United States District Court Magistrate Judge