[Exhibit F]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cherne Industries, Inc.,

Plaintiff,

vs.

IPS Corporation and Buchen, Inc.,

Defendants.

Court File No. 01-2071 DWF/SRN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
AND ORDER

---

Pursuant to that certain Settlement Agreement and Release of Claims between the parties dated as of Sept 6, 2002, and except to the extent necessary to enforce that agreement, the above-captioned action may be dismissed without prejudice without further cost to any party.

The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release of Claims.

The parties agree that they shall submit to the jurisdiction of this Court for purposes of any enforcement of the Settlement Agreement and Release of Claims.

**STIPULATED AND AGREED:**

Dated: 9/6, 2002

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
David A. Allgeyer #12042x
Ann E. Kennedy, #21081x
Mark R. Privratsky, #275104
80 South Eighth Street, Suite 4200
Minneapolis, MN 55402
612/371-3211

SEP 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



Cherne.1.DOC
Last printed 9/4/2002 1:59 PM

*Attorneys for Plaintiff.*

Dated: 9/9, 2002

GREENE ESPEL P.L.L.P.

By: [signature]
Jeanette M. Bazis, #255646
200 South Sixth Street
Suite 1200
Minneapolis, MN 55402
612/373-0830

YANNY & SMITH

By: [signature] for
Joseph A. Yanny, Cal. Reg. No. 97979
1925 Century Park East, Suite 1260
Los Angeles, CA 90067
310/551-2966

*Attorney for Defendants.*

**ORDER**

The foregoing Stipulation of the parties is hereby approved and, pursuant to that certain Settlement Agreement between the parties, the Court hereby orders that the above-captioned matter is dismissed without prejudice without further cost to any party.

Dated this 11th day of September 2002.

[signature]
The Honorable Donovan W. Frank
United States District Court Judge